# EXHIBIT A

**CONSENTIMIENTO PARA UNIRSE CON LA ACCIÓN COLECTIVA**
**De conformidad con la Ley de Normas Justas de Trabajo, 29 U.S.C. § 216(b)**

**Nombre:** __Richard Lopez_____

1. Soy mayor de dieciocho años y soy competente para dar mi consentimiento en este asunto.

2. Por la presente doy mi consentimiento, estoy de acuerdo y opto por convertirme en Demandante en una demanda contra Angel Storage Construction, LLC, Mario Angel, Clara Ramirez y Janus International Group, LLC por las violaciones de las disposiciones de las horas extras y el salario mínimo de la Ley de Normas Justas de Trabajo, así como cualquier otro aspecto de la demanda que aplique. Entiendo que pueden ser descubiertas otras personas o entidades durante el litigio, que también sean responsables por mi reclamo y autorizo que mi reclamo se presente contra esas otras personas o entidades también.

3. Entiendo que esta demanda se presenta bajo la Ley de Normas Justas de Trabajo para recuperar mis salarios no pagados, daños liquidados y cualquier otra reparación legal derivada de mi empleo con los Demandados.

4. Por la presente doy mi consentimiento, estoy de acuerdo y opto por convertirme en Demandante en este documento y estar obligado a cumplir cualquier sentencia del Tribunal o a cualquier acuerdo de esta acción.

5. Elijo ser representado por Murphy Anderson PLLC, Handley Farah & Anderson PLLC, y Legal Aid Justice Center para todos los propósitos de esta acción y para tomar las medidas necesarias para proseguir con mis reclamos. Les diré mis abogados si cambio mi dirección, número de teléfono o correo electrónico.

6. Designo a los Demandantes nombrados, en la mayor medida posible según las leyes aplicables, como mis agentes para tomar decisiones en mi nombre con respecto al litigio, el método y la manera de llevarlo a cabo, la compensación debida a mis abogados, y todos los demás asuntos perteneciente a esta demanda. Acepto estar obligado a cumplir cualquier acuerdo negociado por los Demandantes nombrados.

7. Entiendo que, si cambio de parecer, puedo pedir dejar de ser un Demandante en esta demanda y que puedo cancelar este acuerdo diciéndoles a mis abogados por escrito que quiero hacerlo, pero que aún estaré obligado por cualquier obligación legal que surja antes de cancelar.

**Fecha:** 12/06/2023 _____  **Firma:** _Richard Lopez_____

Verified by signNow
12/06/2023 17:18:55 UTC
286b16a4e16a4c3294b6

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)**

**Name:** _____

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I hereby consent, agree, and opt-in to become a Plaintiff in a lawsuit against Angel Storage Construction, LLC, Mario Angel, Clara Ramirez, and Janus International Group, LLC for violations of the overtime and minimum wage provisions of the Fair Labor Standards Act, as well as any other aspects of the lawsuit that may apply to me. I understand that there may be other persons or entities discovered in the litigation that are also liable for my claim and I authorize my claim to be brought against those other persons or entities too.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act to recover my unpaid wages, liquidated damages, and any other legal redress stemming from my employment with Defendants.

4. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

5. I choose to be represented by Murphy Anderson PLLC, Handley Farah & Anderson PLLC, and Legal Aid Justice Center for all purposes in this action and to take any steps necessary to pursue my claims. I will tell my attorneys if my address, telephone or email changes.

6. I designate the named Plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit. I agree to be bound by any settlement negotiated by the named Plaintiffs.

7. I understand that, if I change my mind, I may ask to no longer be a Plaintiff in this lawsuit and that I may cancel this agreement by telling my attorneys in writing that I want to do so, but that I will still be bound by any legal obligations arising before I cancel.

**Date:** _____   **Sign:** _____

**CONSENTIMIENTO PARA UNIRSE CON LA ACCIÓN COLECTIVA**
De conformidad con la Ley de Normas Justas de Trabajo, 29 U.S.C. § 216(b)

**Nombre:** ____Alvaro Blanco_____

1. Soy mayor de dieciocho años y soy competente para dar mi consentimiento en este asunto.

2. Por la presente doy mi consentimiento, estoy de acuerdo y opto por convertirme en Demandante en una demanda contra Angel Storage Construction, LLC, Mario Angel, Clara Ramirez y Janus International Group, LLC por las violaciones de las disposiciones de las horas extras y el salario mínimo de la Ley de Normas Justas de Trabajo, así como cualquier otro aspecto de la demanda que aplique. Entiendo que pueden ser descubiertas otras personas o entidades durante el litigio, que también sean responsables por mi reclamo y autorizo que mi reclamo se presente contra esas otras personas o entidades también.

3. Entiendo que esta demanda se presenta bajo la Ley de Normas Justas de Trabajo para recuperar mis salarios no pagados, daños liquidados y cualquier otra reparación legal derivada de mi empleo con los Demandados.

4. Por la presente doy mi consentimiento, estoy de acuerdo y opto por convertirme en Demandante en este documento y estar obligado a cumplir cualquier sentencia del Tribunal o a cualquier acuerdo de esta acción.

5. Elijo ser representado por Murphy Anderson PLLC, Handley Farah & Anderson PLLC, y Legal Aid Justice Center para todos los propósitos de esta acción y para tomar las medidas necesarias para proseguir con mis reclamos. Les diré mis abogados si cambio mi dirección, número de teléfono o correo electrónico.

6. Designo a los Demandantes nombrados, en la mayor medida posible según las leyes aplicables, como mis agentes para tomar decisiones en mi nombre con respecto al litigio, el método y la manera de llevarlo a cabo, la compensación debida a mis abogados, y todos los demás asuntos perteneciente a esta demanda. Acepto estar obligado a cumplir cualquier acuerdo negociado por los Demandantes nombrados.

7. Entiendo que, si cambio de parecer, puedo pedir dejar de ser un Demandante en esta demanda y que puedo cancelar este acuerdo diciéndoles a mis abogados por escrito que quiero hacerlo, pero que aún estaré obligado por cualquier obligación legal que surja antes de cancelar.

**Fecha:** _12/06/23_   **Firma:** ___Alvaro Blanco_____

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)**

**Name:** _____

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I hereby consent, agree, and opt-in to become a Plaintiff in a lawsuit against Angel Storage Construction, LLC, Mario Angel, Clara Ramirez, and Janus International Group, LLC for violations of the overtime and minimum wage provisions of the Fair Labor Standards Act, as well as any other aspects of the lawsuit that may apply to me. I understand that there may be other persons or entities discovered in the litigation that are also liable for my claim and I authorize my claim to be brought against those other persons or entities too.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act to recover my unpaid wages, liquidated damages, and any other legal redress stemming from my employment with Defendants.

4. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

5. I choose to be represented by Murphy Anderson PLLC, Handley Farah & Anderson PLLC, and Legal Aid Justice Center for all purposes in this action and to take any steps necessary to pursue my claims. I will tell my attorneys if my address, telephone or email changes.

6. I designate the named Plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit. I agree to be bound by any settlement negotiated by the named Plaintiffs.

7. I understand that, if I change my mind, I may ask to no longer be a Plaintiff in this lawsuit and that I may cancel this agreement by telling my attorneys in writing that I want to do so, but that I will still be bound by any legal obligations arising before I cancel.

**Date:** _____  **Sign:** _____

# CONSENTIMIENTO PARA UNIRSE CON LA ACCIÓN COLECTIVA
## De conformidad con la Ley de Normas Justas de Trabajo, 29 U.S.C. § 216(b)

**Nombre:** _____Jesus Domoromo_____

1. Soy mayor de dieciocho años y soy competente para dar mi consentimiento en este asunto.

2. Por la presente doy mi consentimiento, estoy de acuerdo y opto por convertirme en Demandante en una demanda contra Angel Storage Construction, LLC, Mario Angel, Clara Ramirez y Janus International Group, LLC por las violaciones de las disposiciones de las horas extras y el salario mínimo de la Ley de Normas Justas de Trabajo, así como cualquier otro aspecto de la demanda que aplique. Entiendo que pueden ser descubiertas otras personas o entidades durante el litigio, que también sean responsables por mi reclamo y autorizo que mi reclamo se presente contra esas otras personas o entidades también.

3. Entiendo que esta demanda se presenta bajo la Ley de Normas Justas de Trabajo para recuperar mis salarios no pagados, daños liquidados y cualquier otra reparación legal derivada de mi empleo con los Demandados.

4. Por la presente doy mi consentimiento, estoy de acuerdo y opto por convertirme en Demandante en este documento y estar obligado a cumplir cualquier sentencia del Tribunal o a cualquier acuerdo de esta acción.

5. Elijo ser representado por Murphy Anderson PLLC, Handley Farah & Anderson PLLC, y Legal Aid Justice Center para todos los propósitos de esta acción y para tomar las medidas necesarias para proseguir con mis reclamos. Les diré mis abogados si cambio mi dirección, número de teléfono o correo electrónico.

6. Designo a los Demandantes nombrados, en la mayor medida posible según las leyes aplicables, como mis agentes para tomar decisiones en mi nombre con respecto al litigio, el método y la manera de llevarlo a cabo, la compensación debida a mis abogados, y todos los demás asuntos perteneciente a esta demanda. Acepto estar obligado a cumplir cualquier acuerdo negociado por los Demandantes nombrados.

7. Entiendo que, si cambio de parecer, puedo pedir dejar de ser un Demandante en esta demanda y que puedo cancelar este acuerdo diciéndoles a mis abogados por escrito que quiero hacerlo, pero que aún estaré obligado por cualquier obligación legal que surja antes de cancelar.

**Fecha:** 12.06.2023   **Firma:** _[signature]_____

# CONSENT TO JOIN COLLECTIVE ACTION
## Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)

**Name:** _____

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I hereby consent, agree, and opt-in to become a Plaintiff in a lawsuit against Angel Storage Construction, LLC, Mario Angel, Clara Ramirez, and Janus International Group, LLC for violations of the overtime and minimum wage provisions of the Fair Labor Standards Act, as well as any other aspects of the lawsuit that may apply to me. I understand that there may be other persons or entities discovered in the litigation that are also liable for my claim and I authorize my claim to be brought against those other persons or entities too.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act to recover my unpaid wages, liquidated damages, and any other legal redress stemming from my employment with Defendants.

4. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

5. I choose to be represented by Murphy Anderson PLLC, Handley Farah & Anderson PLLC, and Legal Aid Justice Center for all purposes in this action and to take any steps necessary to pursue my claims. I will tell my attorneys if my address, telephone or email changes.

6. I designate the named Plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit. I agree to be bound by any settlement negotiated by the named Plaintiffs.

7. I understand that, if I change my mind, I may ask to no longer be a Plaintiff in this lawsuit and that I may cancel this agreement by telling my attorneys in writing that I want to do so, but that I will still be bound by any legal obligations arising before I cancel.

**Date:** _____   **Sign:** _____

**CONSENTIMIENTO PARA UNIRSE CON LA ACCIÓN COLECTIVA**
**De conformidad con la Ley de Normas Justas de Trabajo, 29 U.S.C. § 216(b)**

**Nombre:** ___Enzzo Lopez_____

1. Soy mayor de dieciocho años y soy competente para dar mi consentimiento en este asunto.

2. Por la presente doy mi consentimiento, estoy de acuerdo y opto por convertirme en Demandante en una demanda contra Angel Storage Construction, LLC, Mario Angel, Clara Ramirez y Janus International Group, LLC por las violaciones de las disposiciones de las horas extras y el salario mínimo de la Ley de Normas Justas de Trabajo, así como cualquier otro aspecto de la demanda que aplique. Entiendo que pueden ser descubiertas otras personas o entidades durante el litigio, que también sean responsables por mi reclamo y autorizo que mi reclamo se presente contra esas otras personas o entidades también.

3. Entiendo que esta demanda se presenta bajo la Ley de Normas Justas de Trabajo para recuperar mis salarios no pagados, daños liquidados y cualquier otra reparación legal derivada de mi empleo con los Demandados.

4. Por la presente doy mi consentimiento, estoy de acuerdo y opto por convertirme en Demandante en este documento y estar obligado a cumplir cualquier sentencia del Tribunal o a cualquier acuerdo de esta acción.

5. Elijo ser representado por Murphy Anderson PLLC, Handley Farah & Anderson PLLC, y Legal Aid Justice Center para todos los propósitos de esta acción y para tomar las medidas necesarias para proseguir con mis reclamos. Les diré mis abogados si cambio mi dirección, número de teléfono o correo electrónico.

6. Designo a los Demandantes nombrados, en la mayor medida posible según las leyes aplicables, como mis agentes para tomar decisiones en mi nombre con respecto al litigio, el método y la manera de llevarlo a cabo, la compensación debida a mis abogados, y todos los demás asuntos perteneciente a esta demanda. Acepto estar obligado a cumplir cualquier acuerdo negociado por los Demandantes nombrados.

7. Entiendo que, si cambio de parecer, puedo pedir dejar de ser un Demandante en esta demanda y que puedo cancelar este acuerdo diciéndoles a mis abogados por escrito que quiero hacerlo, pero que aún estaré obligado por cualquier obligación legal que surja antes de cancelar.

**Fecha:** 12/06/2023  **Firma:** _[signature]_

Verified by signNow
12/06/2023 17:08:02 UTC
14259d6752eb429aa3a4

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)**

**Name:** _____

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I hereby consent, agree, and opt-in to become a Plaintiff in a lawsuit against Angel Storage Construction, LLC, Mario Angel, Clara Ramirez, and Janus International Group, LLC for violations of the overtime and minimum wage provisions of the Fair Labor Standards Act, as well as any other aspects of the lawsuit that may apply to me. I understand that there may be other persons or entities discovered in the litigation that are also liable for my claim and I authorize my claim to be brought against those other persons or entities too.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act to recover my unpaid wages, liquidated damages, and any other legal redress stemming from my employment with Defendants.

4. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

5. I choose to be represented by Murphy Anderson PLLC, Handley Farah & Anderson PLLC, and Legal Aid Justice Center for all purposes in this action and to take any steps necessary to pursue my claims. I will tell my attorneys if my address, telephone or email changes.

6. I designate the named Plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit. I agree to be bound by any settlement negotiated by the named Plaintiffs.

7. I understand that, if I change my mind, I may ask to no longer be a Plaintiff in this lawsuit and that I may cancel this agreement by telling my attorneys in writing that I want to do so, but that I will still be bound by any legal obligations arising before I cancel.

**Date:** _____  **Sign:** _____

**CONSENTIMIENTO PARA UNIRSE CON LA ACCIÓN COLECTIVA**
De conformidad con la Ley de Normas Justas de Trabajo, 29 U.S.C. § 216(b)

**Nombre:** ___Herlyn Montilla_____

1. Soy mayor de dieciocho años y soy competente para dar mi consentimiento en este asunto.

2. Por la presente doy mi consentimiento, estoy de acuerdo y opto por convertirme en Demandante en una demanda contra Angel Storage Construction, LLC, Mario Angel, Clara Ramirez y Janus International Group, LLC por las violaciones de las disposiciones de las horas extras y el salario mínimo de la Ley de Normas Justas de Trabajo, así como cualquier otro aspecto de la demanda que aplique. Entiendo que pueden ser descubiertas otras personas o entidades durante el litigio, que también sean responsables por mi reclamo y autorizo que mi reclamo se presente contra esas otras personas o entidades también.

3. Entiendo que esta demanda se presenta bajo la Ley de Normas Justas de Trabajo para recuperar mis salarios no pagados, daños liquidados y cualquier otra reparación legal derivada de mi empleo con los Demandados.

4. Por la presente doy mi consentimiento, estoy de acuerdo y opto por convertirme en Demandante en este documento y estar obligado a cumplir cualquier sentencia del Tribunal o a cualquier acuerdo de esta acción.

5. Elijo ser representado por Murphy Anderson PLLC, Handley Farah & Anderson PLLC, y Legal Aid Justice Center para todos los propósitos de esta acción y para tomar las medidas necesarias para proseguir con mis reclamos. Les diré mis abogados si cambio mi dirección, número de teléfono o correo electrónico.

6. Designo a los Demandantes nombrados, en la mayor medida posible según las leyes aplicables, como mis agentes para tomar decisiones en mi nombre con respecto al litigio, el método y la manera de llevarlo a cabo, la compensación debida a mis abogados, y todos los demás asuntos perteneciente a esta demanda. Acepto estar obligado a cumplir cualquier acuerdo negociado por los Demandantes nombrados.

7. Entiendo que, si cambio de parecer, puedo pedir dejar de ser un Demandante en esta demanda y que puedo cancelar este acuerdo diciéndoles a mis abogados por escrito que quiero hacerlo, pero que aún estaré obligado por cualquier obligación legal que surja antes de cancelar.

**Fecha:** 12/06/2023_____   **Firma:** _____

Verified by signNow
12/06/2023 19:06:48 UTC
a46307c6b5db4a9baac0

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)**

**Name:** _____

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I hereby consent, agree, and opt-in to become a Plaintiff in a lawsuit against Angel Storage Construction, LLC, Mario Angel, Clara Ramirez, and Janus International Group, LLC for violations of the overtime and minimum wage provisions of the Fair Labor Standards Act, as well as any other aspects of the lawsuit that may apply to me. I understand that there may be other persons or entities discovered in the litigation that are also liable for my claim and I authorize my claim to be brought against those other persons or entities too.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act to recover my unpaid wages, liquidated damages, and any other legal redress stemming from my employment with Defendants.

4. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

5. I choose to be represented by Murphy Anderson PLLC, Handley Farah & Anderson PLLC, and Legal Aid Justice Center for all purposes in this action and to take any steps necessary to pursue my claims. I will tell my attorneys if my address, telephone or email changes.

6. I designate the named Plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit. I agree to be bound by any settlement negotiated by the named Plaintiffs.

7. I understand that, if I change my mind, I may ask to no longer be a Plaintiff in this lawsuit and that I may cancel this agreement by telling my attorneys in writing that I want to do so, but that I will still be bound by any legal obligations arising before I cancel.

**Date:** _____   **Sign:** _____

**CONSENTIMIENTO PARA UNIRSE CON LA ACCIÓN COLECTIVA**
De conformidad con la Ley de Normas Justas de Trabajo, 29 U.S.C. § 216(b)

**Nombre:** ___Nestor Escobar_____

1. Soy mayor de dieciocho años y soy competente para dar mi consentimiento en este asunto.

2. Por la presente doy mi consentimiento, estoy de acuerdo y opto por convertirme en Demandante en una demanda contra Angel Storage Construction, LLC, Mario Angel, Clara Ramirez y Janus International Group, LLC por las violaciones de las disposiciones de las horas extras y el salario mínimo de la Ley de Normas Justas de Trabajo, así como cualquier otro aspecto de la demanda que aplique. Entiendo que pueden ser descubiertas otras personas o entidades durante el litigio, que también sean responsables por mi reclamo y autorizo que mi reclamo se presente contra esas otras personas o entidades también.

3. Entiendo que esta demanda se presenta bajo la Ley de Normas Justas de Trabajo para recuperar mis salarios no pagados, daños liquidados y cualquier otra reparación legal derivada de mi empleo con los Demandados.

4. Por la presente doy mi consentimiento, estoy de acuerdo y opto por convertirme en Demandante en este documento y estar obligado a cumplir cualquier sentencia del Tribunal o a cualquier acuerdo de esta acción.

5. Elijo ser representado por Murphy Anderson PLLC, Handley Farah & Anderson PLLC, y Legal Aid Justice Center para todos los propósitos de esta acción y para tomar las medidas necesarias para proseguir con mis reclamos. Les diré mis abogados si cambio mi dirección, número de teléfono o correo electrónico.

6. Designo a los Demandantes nombrados, en la mayor medida posible según las leyes aplicables, como mis agentes para tomar decisiones en mi nombre con respecto al litigio, el método y la manera de llevarlo a cabo, la compensación debida a mis abogados, y todos los demás asuntos perteneciente a esta demanda. Acepto estar obligado a cumplir cualquier acuerdo negociado por los Demandantes nombrados.

7. Entiendo que, si cambio de parecer, puedo pedir dejar de ser un Demandante en esta demanda y que puedo cancelar este acuerdo diciéndoles a mis abogados por escrito que quiero hacerlo, pero que aún estaré obligado por cualquier obligación legal que surja antes de cancelar.

**Fecha:** 12/06/2023                **Firma:** _____

Verified by signNow
12/06/2023 19:47:27 UTC
d3cae1ad49f7407881bf

## CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)**

**Name:** _____

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I hereby consent, agree, and opt-in to become a Plaintiff in a lawsuit against Angel Storage Construction, LLC, Mario Angel, Clara Ramirez, and Janus International Group, LLC for violations of the overtime and minimum wage provisions of the Fair Labor Standards Act, as well as any other aspects of the lawsuit that may apply to me. I understand that there may be other persons or entities discovered in the litigation that are also liable for my claim and I authorize my claim to be brought against those other persons or entities too.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act to recover my unpaid wages, liquidated damages, and any other legal redress stemming from my employment with Defendants.

4. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

5. I choose to be represented by Murphy Anderson PLLC, Handley Farah & Anderson PLLC, and Legal Aid Justice Center for all purposes in this action and to take any steps necessary to pursue my claims. I will tell my attorneys if my address, telephone or email changes.

6. I designate the named Plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit. I agree to be bound by any settlement negotiated by the named Plaintiffs.

7. I understand that, if I change my mind, I may ask to no longer be a Plaintiff in this lawsuit and that I may cancel this agreement by telling my attorneys in writing that I want to do so, but that I will still be bound by any legal obligations arising before I cancel.

**Date:** _____   **Sign:** _____

**CONSENTIMIENTO PARA UNIRSE CON LA ACCIÓN COLECTIVA**
De conformidad con la Ley de Normas Justas de Trabajo, 29 U.S.C. § 216(b)

**Nombre:** _Francisco Mendez..._

1. Soy mayor de dieciocho años y soy competente para dar mi consentimiento en este asunto.

2. Por la presente doy mi consentimiento, estoy de acuerdo y opto por convertirme en Demandante en una demanda contra Angel Storage Construction, LLC, Mario Angel Ramirez, Clara Ramirez y Janus International Group, LLC por las violaciones de las disposiciones de las horas extras y el salario mínimo de la Ley de Normas Justas de Trabajo, así como cualquier otro aspecto de la demanda que aplique. Entiendo que pueden ser descubiertas otras personas o entidades durante el litigio, que también sean responsables por mi reclamo y autorizo que mi reclamo se presente contra esas otras personas o entidades también.

3. Entiendo que esta demanda se presenta bajo la Ley de Normas Justas de Trabajo para recuperar mis salarios no pagados, daños liquidados y cualquier otra reparación legal derivada de mi empleo con los Demandados.

4. Por la presente doy mi consentimiento, estoy de acuerdo y opto por convertirme en Demandante en este documento y estar obligado a cumplir cualquier sentencia del Tribunal o a cualquier acuerdo de esta acción.

5. Elijo ser representado por Murphy Anderson PLLC, Handley Farah & Anderson PLLC, y Legal Aid Justice Center para todos los propósitos de esta acción y para tomar las medidas necesarias para proseguir con mis reclamos. Les diré mis abogados si cambio mi dirección, número de teléfono o correo electrónico.

6. Designo a los Demandantes nombrados, en la mayor medida posible según las leyes aplicables, como mis agentes para tomar decisiones en mi nombre con respecto al litigio, el método y la manera de llevarlo a cabo, la compensación debida a mis abogados, y todos los demás asuntos perteneciente a esta demanda. Acepto estar obligado a cumplir cualquier acuerdo negociado por los Demandantes nombrados.

7. Entiendo que, si cambio de parecer, puedo pedir dejar de ser un Demandante en esta demanda y que puedo cancelar este acuerdo diciéndoles a mis abogados por escrito que quiero hacerlo, pero que aún estaré obligado por cualquier obligación legal que surja antes de cancelar.

**Fecha:** _04/30/2023_   **Firma:** _SignNow e-signature ID: fdba4afe06..._
04/30/2023 19:34:47 UTC

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)**

**Name:** _____

1. I am over the age of eighteen and competent to give my consent in this matter.

2. I hereby consent, agree, and opt-in to become a Plaintiff in a lawsuit against Angel Storage Construction, LLC, Mario Angel, Clara Ramirez, and Janus International Group, LLC for violations of the overtime and minimum wage provisions of the Fair Labor Standards Act, as well as any other aspects of the lawsuit that may apply to me. I understand that there may be other persons or entities discovered in the litigation that are also liable for my claim and I authorize my claim to be brought against those other persons or entities too.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act to recover my unpaid wages, liquidated damages, and any other legal redress stemming from my employment with Defendants.

4. I hereby consent, agree, and opt in to become a Plaintiff herein and to be bound to any judgment by the Court or any settlement of this action.

5. I choose to be represented by Murphy Anderson PLLC, Handley Farah & Anderson PLLC, and Legal Aid Justice Center for all purposes in this action and to take any steps necessary to pursue my claims. I will tell my attorneys if my address, telephone or email changes.

6. I designate the named Plaintiffs, to the fullest extent possible under applicable laws, as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, compensation due to my attorneys, and all other matters pertaining to this lawsuit. I agree to be bound by any settlement negotiated by the named Plaintiffs.

7. I understand that, if I change my mind, I may ask to no longer be a Plaintiff in this lawsuit and that I may cancel this agreement by telling my attorneys in writing that I want to do so, but that I will still be bound by any legal obligations arising before I cancel.

**Date:** _____   **Sign:** _____