IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RICHARD LOPEZ, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:23-cv-01671 (WBP) |
| ) | |
| JANUS INTERNATIONAL GROUP, ) | |
| INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER APPROVING SETTLEMENT AND DISMISSING CERTAIN DEFENDANTS WITH PREJUDICE

On June 11, 2024, counsel for Plaintiffs and counsel for Defendant Janus International Group, Inc. (collectively, "Settling Parties") appeared before the Court seeking approval of a settlement agreement. Upon consideration of the representations made by the Settling Parties, and having participated in a settlement conference to facilitate the settlement agreement, the Court makes the following findings:

1. The Settling Parties have agreed that this case has been settled as between them and that all issues and controversies between them have been resolved to their mutual satisfaction pursuant to communications exchanged among the Settling Parties ("Agreement").

2. The Agreement settles claims for alleged FLSA violations, "which must be approved by either the United States Department of Labor, or the court." *See Baust v. City of Virginia Beach*, 574 F. Supp. 3d 358 (E.D. Va. 2021) (quoting *Carr v. Rest Inn, Inc.*, No. 2:14cv609, 2015 WL 5177600, at *2 (E.D. Va. Sept. 3, 2015)).

3.      The Court has reviewed the terms of the Agreement and, having considered the factors set forth in *Lynn's Food Stores, Inc. v. U.S. By & Through U.S. Dep't of Lab., Emp. Standards Admin., Wage & Hour Div.*, 679 F.2d 1350 (11th Cir. 1982) and *Patel v. Barot*, 15 F. Supp. 3d 648 (E.D. Va. 2014), finds that the settlement is fair and reasonable given the facts and circumstances involved.

4.      The Settling Parties shall comply with the terms of the Agreement, the terms of which are incorporated by reference as if fully set forth herein.

5.      With the consent of the Settling Parties, the Court shall retain jurisdiction for the purpose of enforcing all terms of the Agreement.

6.      This case is dismissed with prejudice as to Defendant Janus International Group, Inc., but it remains open as to Defendants Angel Storage Construction, LLC, Mario Angel, and Clara Ramirez.

7.      Each of the Settling Parties shall bear their own costs and attorneys' fees, to the extent not otherwise addressed in the Agreement.

Entered this 14th day of June 2024.

_____

William B. Porter

United States Magistrate Judge

Alexandria, Virginia