UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **RICHARD LOPEZ, et al.,** *individually and on behalf of all others similarly situated*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **JANUS INTERNATIONAL GROUP, INC.,** et al., <br><br> **Defendants.** | Civil Action No. 1:23-cv-01671-MSN-WBP |

**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

The Clerk having on August 13, 2024, entered default against Defendants Angel Storage Construction, LLC, Mario Angel, and Clara Ramirez, in this matter, Entry of Default, ECF No. 62, for these Defendants' failure to plead or otherwise properly defend within the time period set out in the Federal Rules of Civil Procedure, Plaintiffs hereby move this Court for default judgment jointly and severally against Defendants Angel Storage Construction, LLC, Mario Angel, and Clara Ramirez, pursuant to Fed. R. Civ. P. 55(b)(2), in the amounts below (inclusive of punitive damages) and for litigation expenses and reasonable attorney's fees, the amount of such expenses and fees to be determined by the Court following entry of judgment. Specifically, Plaintiffs seek judgments in their favor in the following amounts:

| | |
|---|---|
| **Richard Lopez** | **$69,000** |
| **Alvaro Blanco** | **$69,000** |
| **Jesus Domoromo** | **$72,000** |
| **Enzzo Lopez** | **$73,500** |
| **Herlyn Montilla** | **$73,500** |

1

| | |
|---|---|
| **Nestor Escobar** | **$127,500** |
| **Elias Ramones** | **$88,500** |
| **Darwin Perdomo** | **$88,500** |
| **Edixon Garcia** | **$88,500** |
| **Francisco Mendez** | **$502,500** |
| **Tomas Mendez** | **$315,000** |
| **Jesus Martinez** | **$28,500** |
| *Total* | *$1,596,000* |

In support of this motion, Plaintiffs submit a brief of points and authorities and their sworn declarations.

Dated: August 15, 2024

Respectfully submitted,

/s/ Kristin F. Donovan
Kristin F. Donovan (92207)
Jason B. Yarashes (90211)
Rachel C. McFarland (89391)
Legal Aid Justice Center
6402 Arlington Blvd. Suite 1130
Falls Church, VA 22042
Phone: 571-620-5261
jasony@justice4all.org
kristin@justice4all.org
rmcfarland@justice4all.org

Mark Hanna (45442)
Nicole Rubin (*pro hac vice* forthcoming)
Murphy Anderson PLLC
1401 K Street NW, Suite 300
Washington, DC 20005
Phone: (202) 223-2620
mhanna@murphypllc.com
nrubin@murphypllc.com

Rachel Nadas (89440)
Matthew K. Handley (*pro hac vice*)
Handley Farah & Anderson PLLC
1201 Connecticut Avenue NW, Suite 200K
Washington, DC 20001
Phone: 202-899-2991
rnadas@hfajustice.com
mhandley@hfajustice.com

*Counsel for Plaintiffs*

**NOTICE TO PRO SE DEFENDANTS:** You are entitled to file a response opposing the motion and that any such response must be filed within twenty-one (21) days of the date on which the dispositive or partially dispositive motion is filed; the Court could dismiss the action on the basis of the moving party's papers if the you do not file a response; you must identify all facts stated by the moving party with which the you disagree and must set forth the your version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a certificate that it is signed under penalty of perjury); and you are also entitled to file a legal brief in opposition to the one filed by the moving party.

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2024, a copy of the foregoing and all Exhibits was filed with the Court's CM/ECF service and was electronically served on all counsel of record. A copy of the foregoing and all Exhibits is also being served via First Class U.S. mail on Defendants Angel Storage, LLC, Mario Angel, and Clara Ramirez, at the addresses listed below:

Angel Storage Construction, LLC
1005 Spring Garden Road, Apt. 328
Miami, FL 33136

Mario Angel
1005 Spring Garden Road, Apt. 328
Miami, FL 33136

Clara Ramirez
1005 Spring Garden Road, Apt. 328
Miami, FL 33136

/s/ Kristin F. Donovan